Weon G Kim (VSB#73104)
Weon G Kim Law Office
8200 Greensboro Drive #900
McLean VA 22102
JKKCHADOL99@GMAIL.COM
Tel: (571)278-3728
Fax: (703) 288-4003

Chanmin Park, California State Bar No. 277758
Law Offices of Lee & Park
8383 Wilshire Boulevard, Suite 510
Beverly Hills, California 90211
Tel: (323) 653-6817
Fax: (323) 653-6715
cmpark@leeparklaw.com

Attorney for Plaintiffs
Chan Soo Kim
Xtenplus International, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Chan Soo Kim, and | ) Case No.: 3:17cv00449 |
| | ) |
| Xtenplus International, Inc. | ) |
| | ) **COMPLAINT FOR PATENT** |
| Plaintiffs, | ) **INFRINGEMENT** |
| | ) |
| vs. | ) |
| | ) (Demand For Jury Included) |
| Green Tea Ideas, Inc., | ) |
| | ) |
| and | ) |
| | ) |
| DOES 1 through 10 | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## PLAINTIFF'S COMPLAINT

1.      Plaintiffs Chan Soo Kim and Xtenplus International ("Plaintiffs") file their Complaint for patent infringement. Plaintiffs assert claims for patent infringement of U.S. Patent No. 7,461,662 ("662 Patent"), a copy of which is attached hereto as Exhibit "A" against Green Tea Ideas Inc ("Defendant") under 35 U.S.C. § 271 et seq.  In support thereof, Plaintiffs would respectfully show the Court the following:

## PARTIES

2.      Plaintiff Chan Soo Kim  is an individual residing at Hyundai I-Park 105-701, 49 Sukgye-ro, Nowon-gu, Seoul, Republic of Korea.

3.      Plaintiff Xtenplus International, Inc. is a California Corporation with its principal place of business located at 1258 N. Highland Ave, Hollywood, CA 90038.

4.      Defendant, Green Tea Ideas Inc. is a Virginia corporation located at 2738 Calkins Road, Herndon, VA 20171. Defendant does business in Commonwealth of Virginia.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code. This Court has an exclusive subject matter jurisdiction over this case for patent infringement under 28 U.S.C. §1331 and §1338.

6.      This Court has a personal jurisdiction over Defendant conducting business within Commonwealth of Virginia.

7.      Venue is proper in this District under 28 U.S.C. § 1391 and §1400.

## PATENT INFRINGEMENT

8.    On December 9, 2008, the United States Patent and Trademark Office ("PTO") issued the 662 Patent, entitled "Hair Clip," after a full and fair examination to Chan Soo Kim. Xtenplus International, Inc. is the exclusive licensee.

9.    The 662 Patent includes three independent claims and ten dependent claims.

### INFRINGEMENT OF THE 662 PATENT

10.    Plaintiffs are informed, believe and thereron allege that Defendant imported, distributed, offered for sale and/or sold to customers within the United States, and is still continuing to do so, numerous hair clip products that infringe the 662 Patent ("Accused Products"), including but not limited to the product "Drybar Hold Me Hair Clips" a copy of advertisement of which is attached hereto as Exhibit "B".

11.    The Accused Products comprise the elements as claimed in the 662 Patent to achieve the purpose of the claimed invention.

### DEFENDANT'S KNOWLEDGE OF THE 662 PATENT

12.    Plaintiffs are informed, believe and thereon allege that the commercial embodiment of the 662 Patent was consistently marked with the patent number for 662 Patent since the first products were first introduced.

### COUNT ONE: PATENT INFRINGEMENT OF THE 662 PATENT

13.    Plaintiffs realleged paragraphs 1 through 12 as though fully set forth herein.

14.    Plaintiffs are informed, believe and thereon allege that Defendant has infringed and continues to infringe the 662 Patent by using, importing, selling, or offering for sale in the United States, including this District, the Accused Products embodying the patented inventions without authority or permission. By engaging in such conduct, Defendant has directly or indirectly infringed one or more of claims of the '662 Patent, either literally or through the

doctrine of equivalents. In addition, Defendant has actively induced and contributed, and continues to induce and contribute to the infringement by selling and offering to sell the Accused Products to the customers in the United States and by instructing its customers to use these products, causing the customers directly infringe one or more claims of the 662 Patent.

15.     Plaintiffs are informed, believe and thereon allege that Defendant has intentionally, and/or knowingly engaged in the conduct described herein in that Defendant has known of the 662 Patent at least since the time at which Plaintiffs began marking their products with the patent number. With knowledge of the 662 Patent, Defendant instructed their customers and wholesale distributors how to use the hair clips. In doing so, Defendant knowingly induced their customers to infringe the 662 patent with specific intent.

16.     The Accused Products have no substantial uses that did not infringe the 662 Patent.

17.     As a consequence of the infringing activities of Defendant regarding the 662 Patent as complained of herein, Plaintiffs have suffered monetary damages in an amount not yet determined, and Plaintiffs will continue to suffer such damages in the future unless and until Defendant' infringing activities are enjoined by this Court.

///

///

///

///

///

///

**RELIEF**

Plaintiffs respectfully request the following relief:

A.      That Defendant be declared to have infringed, induced others to infringe, and/or committed acts of contributory infringement with respect to the claims of the 662 Patent;

B.      That Defendant, its officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, successors, and all others in active concert or participation with them or acting on their behalf be permanently enjoined from further infringement of the 662 Patent;

C.      That Defendant be ordered to account for and pay to Plaintiffs all damages caused to Plaintiffs by reason of Defendant's infringement of the 662 Patent pursuant to 35 U.S.C. §284, including any enhanced damages;

D.      That Plaintiffs be granted pre-judgment and post-judgment interest on the damages caused to them by reason of Defendant's infringement of the 662 Patent;

E.      That this be declared an "exceptional case" pursuant to 35 U.S.C. §285 and that Defendant be ordered to pay Plaintiffs' attorney fees and costs; and

F.      That Plaintiffs be granted such other and further relief as the case may require and the Court may deem just and proper.


DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a jury trial on all issues so triable.

///

///

///

1

2      Respectfully submitted,

3                                    /s/Weon Geun Kim
                                     -----------------------------------------------
4                                    Weon G Kim (VSB#73104)
                                     Weon G Kim Law Office
5                                    8200 Greensboro Drive #900
                                     McLean VA 22102
6                                    JKKCHADOL99@GMAIL.COM
                                     Tel: (571)278-3728
7                                    Fax: (703) 288-4003

8                                    Chanmin Park, California State Bar No. 277758
                                     Law Offices of Lee & Park
9                                    8383 Wilshire Boulevard, Suite 510
                                     Beverly Hills, California 90211
10                                   Tel: (323) 653-6817
                                     Fax: (323) 653-6715
11                                   cmpark@leeparklaw.com

12                                   Attorney for Plaintiffs
                                     Chan Soo Kim
13                                   Xtenplus International, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28